**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Rupp Industries, Inc.,
a Minnesota Corporation,

Plaintiff, Case No. 01-CV-999 JMR/SRN

v.

TPE Associates, LLC,
a California Limited Liability Co.,

Defendant.

---

**STIPULATION AND ORDER**

1. The instant action was filed on June 4, 2001.

2. As of October 2, 2001, the Summons and Complaint relevant to this action has not been served on Defendant TPE Associates, LLC by Plaintiff Rupp Industries, Inc.

3. The parties, over the span of the last several months, have been striving toward reaching a business agreement which will, ideally, alleviate any need whatsoever for litigation involving the issues set forth in Plaintiff's Complaint.

4. In fact, this Friday, October 5, 2001, principals from each of the parties will be meeting in the Twin Cities in an attempt to further solidify the parameters of a business

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

arrangement which will, as stated, alleviate any need for litigation relevant to the above-captioned matter.

5. It is anticipated that an integral part of any such agreement will entail a unilateral dismissal of this action by Rupp since, ideally, the negotiated agreement will alleviate any necessity for litigation involving the issues set forth in the Complaint.

6. In order to move this matter forward in a non-litigious matter, the parties are in agreement that Rupp should be able to delay service of the Complaint on TPE Associates, LLC until November 1, 2001.

7. Based on the above, the parties are in agreement that subject to the approval of this Court, this Court pursuant to Federal Rule of Civil Procedures 4(m) should "direct that service be effectuated within a specified time", namely, on or before November 1, 2001.

Again, the parties are hopeful that the necessity of litigation will be alleviated through further negotiations involving outstanding issues existing as between them.

Respectfully submitted,

HAUGEN LAW FIRM PLLP

Date: October 2, 2001

Eric O. Haugen, Esq., MN ID #189807
Orrin M. Haugen, Esq., MN ID #42353
Mark J. Burns, Esq., MN ID #308055
1130 TCF Tower
121 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 339-8300
FAX: (612) 339-8200

Attorneys for Plaintiff,
Rupp Industries, Inc.

O'MELVENY & MYERS LLP

Date: October 2, 2001

David P. Enzminger Esq., CA ID #
Mark Samuels, Esq. CA ID #
400 S. Hope Street
Los Angeles, CA 90071-2899
Phone: (213) 430-6000
FAX: (213) 430-6407

Attorneys for Defendant,
TPE Associates, LLC

**ORDER**

Based upon the representations contained in the instant STIPULATION, IT IS ORDERED that Plaintiff, Rupp Industries, Inc. shall have until November 1, 2001 to serve Defendant, TPE Associates, LLC with the Summons and Complaint relevant to this Action.

Date: October 3, 2001

Susan Richard Nelson
Susan R. Nelson
United States District Court
Magistrate Judge