IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Rupp Industries, Inc.,
a Minnesota Corporation,

Plaintiff, Case No. 01-CV-999 JMR/SRN

v.

TPE Associates, LLC,
a California Limited Liability Co.,

Defendant.

---

**ORDER**

A. On October 2, 2001, Plaintiff, Rupp Industries, Inc. and Defendant, TPE Associates, LLC agreed that Rupp Industries, Inc. would have until November 1, 2001 to serve its Complaint on TPE Associates, LLC.

B. On this same date, this Court signed as Order which, in effect, ratified the parties above-noted Stipulation.

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

C. Based on the agreement of the parties, IT IS ORDERED that the parties to this Action shall proceed as set forth in the October 2, 2001 Order, and that this Order overrides the Order of October 5, 2001.

Date: October 11, 2001

Susan Richard Nelson
Susan R. Nelson
United States District Court
Magistrate Judge