IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Rupp Industries, Inc.,
a Minnesota Corporation,

Plaintiff, Case No. 01-CV-999 JMR/SRN

v.

TPE Associates, LLC,
a California Limited Liability Co.,

Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In light of and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(i) NOTICE OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i) filed by Plaintiff, Rupp Industries, Inc. on October 29, 2001 (Exhibit A), **IT IS HEREBY ORDERED:**

This Action is dismissed without prejudice.

By the Court:

Dated: October 31st, 2001

The Honorable James M. Rosenbaum
United States District Court Judge

{8936.DOC}

FILED
RICHARD D. SLETTEN, CLERK
OCT 31 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS